UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-1040 (SHS) |
| -v- | : | ORDER |
| MARION TINGMAN, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

On May 15, 2020, the Court received defendant's *pro se* letter application for compassionate release [Doc. No. 461]. Accordingly,

IT IS HEREBY ORDERED that:

1. The CJA attorney on duty today, Karloff C. Commissiong, is appointed to represent defendant in this matter pursuant to the Criminal Justice Act;

2. If Mr. Commissiong wishes to supplement defendant's letter, he shall do so on or before May 28, 2020;

3. The government shall file its reply on or before June 4, 2020; and

4. Mr. Commissiong is directed to send a copy of this Order to defendant.

Dated: New York, New York
       May 18, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.