## ADAMS & COMMISSIONG LLP

### ATTORNEYS AT LAW

| | |
|---|---|
| 65 BROADWAY SUITE 715<br>NEW YORK, NY 10006<br>TEL: 212-430-6590<br>FAX: 212-981-3305 | MARTIN E. ADAMS<br>KARLOFF C. COMMISSIONG<br>ADMITTED TO PRACTICE IN NEW YORK<br>WWW.AMCMLAW.COM |

June 1, 2020

**VIA ECF AND ELECTRONIC MAIL**                    **MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Marion Tingman</u>, 11 Cr. 1040 (SHS) – Briefing schedule in connection with application for compassionate release

Dear Judge Stein:

I write to request an extension of time to supplement Mr. Tingman's letter to June 10, 2020. The Government has consented to the application, and after conferring with AUSA Gerber, I also request that the Government be given 1-week to respond to counsel's submission. Your Honor originally set a briefing schedule as follows: defense counsel submission May 28, 2020; Government response – June 4, 2020  It was not counsel's intention to disregard the Court's Order. Accordingly, I request an extension of time to supplement Mr. Tingman's letter.

Respectfully Submitted,

*/s/ Karloff C. Commissiong*

Karloff C. Commissiong, Esq.

cc: (1) AUSA Michael Gerber

**Application granted.  The supplement to defendant's motion is due by June 10, the government's response is due by June 17, 2020.**

**Dated:  New York, New York**
**        June 2, 2020**

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.