ATTORNEYS AT LAW

| | | |
|---|---|---|
| 65 Broadway Suite 715<br>New York, NY 10006<br>Tel: 212-430-6590<br>Fax: 212-981-3305 | | Martin E. Adams<br>Karloff C. Commissiong<br>Admitted to Practice in New York<br>www.amcmlaw.com |

June 10, 2020

**VIA ECF AND ELECTRONIC MAIL**    **MEMO ENDORSED**

Hon. Sidney H. Stein
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>United States v. Marion Tingman</u>, 11 Cr. 1040 (SHS) – Briefing schedule in connection with application for compassionate release

Dear Judge Stein:

I write to request an extension of time to supplement Mr. Tingman's letter to June 19, 2020. The Government has consented to the application. I have contacted FCI Danbury, via email, to schedule a legal call with Mr. Tingman. However, I have not received a response. Since then, I have followed up with an additional email, left a message with Mr. Tingman's counselor and contacted both the Government and former MCC Supervisory Attorney Adam Johnson to assist me with scheduling a phone call. I will continue to keep the Court updated regarding my efforts to speak with Mr. Tingman. I propose the following briefing schedule: defense counsel submission - June 19, 2020; Government response – June 26, 2020. Accordingly, I request an extension of time to supplement Mr. Tingman's letter.

Respectfully Submitted,

Karloff C. Commissiong, Esq.

**Application granted.**

Dated:  New York, New York
         June 11, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

cc: (1) AUSA Michael Gerber