UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-1040 (SHS) |
| -v- | : | ORDER |
| MARION TINGMAN, | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

At the request of defendant, and with the consent of the government,

IT IS HEREBY ORDERED that the date for the defendant's submission is extended to June 23, 2020, the government's response is due by June 30, 2020.

Dated:  New York, New York
        June 19, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.