UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 11-Cr-1040 (SHS) |
| -against- | : | <u>ORDER</u> |
| MARION TINGMAN, | : | |
| Defendant(s). | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      Defendant having moved for a reduction of sentence on October 11, 2022 [Doc. No. 548],

      IT IS HEREBY ORDERED that the government shall respond to defendant's motion on or before November 11, 2022. The Clerk of Court shall mail of copy of this Order to Mr. Tingman [66905-054] at FCI Allenwood Medium, Federal Correctional Institution, P.O. Box 2000, White Deer, PA 17887.

Dated: New York, New York
       October 12, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.