

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street*
*White Plains, New York 10606*

November 10, 2022

**BY ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Marion Tingman*, 11 Cr. 1040 (SHS)

Dear Judge Stein:

The Government respectfully requests an additional 30 days to respond to Tingman's motion pursuant to 18 U.S.C. 3582(c) to reduce his sentence. The Government's response is currently due on November 11, 2022. This is the Government's first request for an extension of time to respond to Tingman's motion. The additional time will enable the Government to examine the record, review relevant case materials, and draft its response.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: ___/s/ Timothy Ly___
Timothy Ly
Assistant United States Attorney
(914) 993-1910

Cc: Marion Tingman (by mail)

**The government's response to defendant's motion is due on or before December 9, 2022. The Clerk of Court shall mail of copy of this Endorsed Letter to Mr. Tingman [66905-054] at FCI Allenwood Medium, Federal Correctional Institution, P.O. Box 2000, White Deer, PA 17887.**

**Dated: New York, New York**
   **November 10, 2022**

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.